## MASTIN EUGENE TAYLOR,
*Petitioner on Review,*

*v.*

## BOARD OF PAROLE,
*Respondent on Review.*

(CA A68120; SC S38562)

833 P2d 1277

Mastin Eugene Taylor, petitioner on review, filed the petition *pro se*.

No appearance *contra*.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals dismissing the appeal is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Jenkins v. Board of Parole*, 313 Or 234, 833 P2d 1268 (1992).

---

* Judicial review from the Board of Parole. 108 Or App 633, 816 P2d 714 (1991).